
1/2

**Deloitte Consulting**

Deloitte Consulting LLP

# EXHIBIT

## Form of Work Order

### WV-State of West Virginia-RAPIDS

This Work Order incorporates the terms and conditions of the Subcontractor Agreement between Deloitte Consulting LLP ("Deloitte Consulting") and *Forte Staffing, Inc.* ("Subcontractor") dated 5/19/2008 2:38:22 PM (Contract # DC-0722). In the event that this Work Order conflicts with any provision of the Subcontractor Agreement, the terms of this Work Order will control. Until a new Work Order is executed, the previous Work Order remains in effect.

### 1. List of Subcontractor Personnel Assigned to Perform Services/Billing Rate

| Name | Role | Individual's Actual Start Date | Individual's Work Order Start Date | Rate (Deloitte Accounting Period) | Tax Rate (Hourly) | Overtime Rate (Hourly) | Overtime Tax Rate (Hourly) | Expense Tax Rate (%) |
|---|---|---|---|---|---|---|---|---|
| Ellis, Robert | System Administrator | 12/16/2007 | 1/11/2009 | 6000 | 0 | N/A | 0 | 0 |

### 2. Overtime

The DC Accounting Period rate specified in this work order applies to all hours worked by the Subcontractor personnel, except as noted below in "Other Terms."

### 3. Sales Tax

Subcontractors required to collect sales tax on services performed for Deloitte Consulting should include the tax as required. Deloitte Consulting will provide resale or other exemption documentation to the Subcontractor for projects that qualify for exemption. Subcontractors not required to collect sales tax will provide the necessary information for Deloitte Consulting to calculate and remit the tax themselves.

### 4. Invoicing

As per Section 4 of the Subcontractor Agreement, invoices will be generated by Deloitte Consulting's on line web portal at [http://subcontracting.deloitte.com] (the "Portal"). For Services performed under this Work Order, Subcontractor will generate an invoice for each Deloitte Consulting accounting period, the dates of which are displayed in the Portal. In order to generate the invoice, Subcontractor will input the information requested by the Portal relating to the Services, including, for example, a detailed statement of hours worked by each of Subcontractor's personnel assigned to perform the Services and information related to expenses incurred in connection with the Services. After the necessary information is inputted into the Portal and the timesheet is approved by both the project and Subcontractor, the Portal will generate an invoice that will be electronically submitted to Deloitte Consulting. Each approved invoice will be paid no later than 45 days after Deloitte Consulting's receipt thereof, notwithstanding anything to the contrary in the Subcontractor Agreement. All payments made hereunder will be made by electronic method only, which includes, but is not limited to, Automated Clearing House (ACH) and Domestic Money Transfer (DMF). For all invoices, Subcontractor will be charged a Portal user fee equal to (1.5%) of the fees due to Subcontractor under such invoice, which such fee the Portal will automatically deduct from the total amount to be invoiced to Deloitte Consulting.

### 5. Electronic Execution

The parties hereby acknowledge and agree that this Work Order may also be executed by the parties' authorized representatives by means of logging into the Portal via use of a unique Portal ID and password and electronically

checking the relevant "approve" box on the Portal (by clicking the appropriate button electronically) for this Work Order and that such checking of such approval box represents present intent to authenticate by an authorized representative of such party and shall constitute acceptance of the terms of this Work Order by such party.

6. Other Terms

a) The DC Accounting Period rate specified in this work order is all-inclusive of professional fees, travel, any and all other expenses, and taxes of every kind for services provided at the project site specified herein.

☐b) Subcontractor will only be paid fees for time spent performing the Services. Sick, vacation, or other time off will not be paid. The Portal will automatically calculate the amount due to Subcontractor for actual time spent performing the Services (eliminating sick, vacation, or other time off) after the timesheet for that DC Accounting Period is completed. The Portal will derive a daily rate and then will multiply this daily rate by the number of billable days for that specific period.

☐

Approved By:

Smith, Kenneth J

**Deloitte Consulting LLP**

2/11/2009 8:09:00 AM

Lisa Ferrell

**Forte Staffing, Inc.**

3/24/2009 2:04:00 PM